UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-CR00008 (RHK)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| MICHELLE LOIS BOHLKE, | ) |
| | ) |
| Defendant. | ) |

The Defendant's Motion for Extension of Time is GRANTED. The Court ORDERS as follows:

Objections to the Presentence Report are due to the Probation Office on September 27, 2006, and Position Pleadings shall be filed with the Clerk of Court by October 4, 2006.

Dated:   9/14/06

s/Richard H. Kyle
United States District Court Judge
Honorable Richard H. Kyle